THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shawn Holland, Appellant.
 
 
 

Appeal From Horry County
Kristi Lea Harrington, Circuit Court Judge
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2010-UP-433   
 Submitted October 1, 2010  Filed October
11, 2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Shawn
 Holland was tried in his absence, convicted of breach of trust with fraudulent
 intent, sentenced to seven years' imprisonment, and ordered to pay $2,500 in
 restitution.  Holland appeals the order of restitution, arguing the trial court
 erred in ordering restitution without conducting a restitution hearing.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
SHORT,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.